IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SANDRA D. THUSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 11-0415-CV-W-DGK-SSA |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered Plaintiff's Unopposed Motion for Extension of Filing Reply Brief and Excess Page (Doc. 6), it is hereby

ORDERED that Plaintiff is granted leave to file an 11-page reply brief on or before November 3, 2011.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: October 28, 2011